In the Interest of J.H., R.H., T.H., T.H.,
J.H, and T.H., Respondents.

Juvenile Officer, Respondent,

Missouri Children's Division,
Respondent,

L.M.H., Respondent

v.

R.J. (Father) and T.H.J. (Mother),
Appellants.

Nos. WD 66565, WD 66566.

Missouri Court of Appeals,
Western District.

Oct. 24, 2006.

Application for Transfer to Supreme Court
Denied Dec. 19, 2006.

Application for Transfer Denied
Jan. 30, 2007.

John M. Cronan, for Appellants.

James A. Waits, for Respondent L.M.H.

William Jackson, III, for Respondent Juvenile Officer.

James R. Layton, for Respondent, MO. Children's Division.

Katherine J. Rodgers, for Respondents JH, RH, TH, TH, JH, & TH.

Before LOWENSTEIN, P.J., SPINDEN and NEWTON, JJ.

## ORDER

PER CURIAM.

Both parents' parental rights were terminated as to four of the six children. Parents' points on appeal concern specificity of social service plan, findings on their progress for reunification, and failure of the trial court to give effect to a prior ruling on their mental capacity.  Affirmed. Rule 84.16(b).